UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

    v.                            CR. No. 99-031-01-T

ANTHONY ST. LAURENT

### TRANSFER ORDER

    This case is hereby transferred to Judge Smith so that the pending charge of violation of supervised release may be disposed of in connection with the charges in CR 06-048-01-S to which the defendant has pled guilty.

By Order

_____
Deputy Clerk

ENTER:

Ernest C. Torres
Ernest C. Torres
Chief Judge

Date: June 15 , 2006