UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR. No. 99-031-01-T

ANTHONY ST. LAURENT

**TRANSFER ORDER**

This case is hereby transferred to Judge Smith so that the pending charge of violation of supervised release may be disposed cf in connection with the charges in CR 06-048-01-S to which the defendant has pled guilty.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: June 15 , 2006