PROB12C
(12/02)

# United States District Court
**for**
## The District of Rhode Island

## Petition for Warrant for Offender Under Supervision

**Name of Offender:** Anthony St. Laurent, Sr. **Case Number:** 1:99-CR-031-01S

**Name of Sentencing Judicial Officer:** Honorable Ernest C. Torres

**Assigned Judicial Officer:** Honorable William E. Smith

**Date of Original Sentence:** August 31, 1999

**Original Offense:** Count II: Conspiracy to Collect Extensions of Credit by Means of Extortion, Aiding & Abetting; Count IV: Collection of Credit by Extortion, Aiding & Abetting.

**Original Sentence:** Seventy months imprisonment, three years supervised release with a condition that the defendant participate in a substance abuse treatment program as determined by the probation office.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** April 12, 2005

**Assistant U.S. Attorney:** James H. Leavey, Esquire **Defense Attorney:** John F. Cicilline, Esquire

---

**PETITIONING THE COURT**

☒ To issue a **Warrant**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Condition Violated | Nature of Noncompliance |
|---|---|
| **Standard Condition** | **While on supervision, the defendant shall not commit another federal, state, or local crime.**<br><br>On or about March 2006 until April 12, 2006, the defendant committed the offense of Collection and Attempts to Collect Extensions of Credit by Extortionate Means and Aiding and Abetting as evidenced by his indictment by a Grand Jury in the District of Rhode Island on April 12, 2006, and subsequent plea agreement on June 23, 2006. |

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that the Court issue a Warrant as a detainer so that the defendant can appear and answer to the alleged violations. Mr. St. Laurent remains held without bail at the Donald W. Wyatt Detention Center, Central Falls, Rhode Island.

Reviewed and Approved by:

Maureen Bradley
Supervising U.S. Probation Officer

Date: 06/27/06

I declare under the penalty of perjury that the foregoing is true and correct:

Brian Pletcher
Senior U.S. Probation Officer

Date: 6/27/06

## The Court Orders

- ☐ No Action
- ☒ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

Honorable William E. Smith
U.S. District Judge

7/5/06
Date