378537

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
JUL 0 6 2006
US MARSHALS
RHODE ISLAND

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

Anthony St. Laurent, Sr

## WARRANT FOR ARREST

CASE NUMBER: CR99-31-01S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Anthony St. Laurent, Sr.
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☒ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Violation of conditions of Supervised Release

in violation of Title 18 United States Code, Section(s) 3583(d)

Doreen L. Baldinelli
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Doreen Baldinelli
Signature of Issuing Officer

July 5, 2006, Providence, RI 02904
Date and Location

Bail fixed at $ ________ by ________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Central Falls, RI | | |
| DATE RECEIVED 07/06/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER C Wyant |
| DATE OF ARREST 07/11/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.