AO 245D (Rev. 6/05) Judgment in a Criminal Case for Revocation - Sheet 1

# United States District Court
## District of Rhode Island

UNITED STATES OF AMERICA
v.
**ANTHONY ST. LAURENT, SR.**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: **1:99CR00031-01S**

USM Number: 02846-070

**John F. Cicilline, Esq.**
Defendant's Attorney

**THE DEFENDANT:**

[✓] admitted guilt to violation of condition(s) 1 of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Commission of a new local Crime (Collection and Attempts to Collect Extensions of Credit by Extortionate Means) | April 12, 2006 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

RECEIVED
2007 FEB -8 A 8: 33
U.S. MARSHAL'S OFFICE
DISTRICT OF R.I.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: xxx-xx-7642

Defendant's Date of Birth: 1941

Defendant's Residence Address:
**Johnston, RI 02919**

Defendant's Mailing Address:
**Johnston, RI 02919**

Attest to
True Copy
DAVID A. DIMARZIO
By [signature]
Deputy Clerk

**January 11, 2007**
Date of Imposition of Sentence

[signature]
Signature of Judicial Officer

**WILLIAM E. SMITH**
**United States District Judge**
Name & Title of Judicial Officer

1/19/07
Date

(80)

CASE NUMBER: 1:99CR00031-01S
DEFENDANT: ANTHONY ST. LAURENT, SR.



# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 months, to be served concurrently with the term of imprisonment imposed in CR06-48-01S** .

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at __ on __.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on __.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

______________________________

______________________________

______________________________

Defendant delivered on 02-06-2007 to F.M.C. Devens
at Ayer, MA, with a certified copy of this judgment.

Carolyn A. Sabol, Warden
~~UNITED STATES MARSHAL~~

By [signature], CIE
~~Deputy United States Marshal~~